IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

SAMUEL CARDELL REED                                          PETITIONER

VS.                              CRIMINAL NO. 5:17-cr-2(DCB)
                                 CIVIL NO. 5:18-cv-79(DCB)

UNITED STATES OF AMERICA                                     RESPONDENT

ORDER

This cause is before the Court on defendant/petitioner Samuel Cardell Reed's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (docket entry 87).

Having conducted the preliminary review required by Rule 4 of the Rules Governing Section 2255 Proceedings for the United States Courts, the Court finds that the Government should be required to "file an answer, motion or other response" as required by Rule 4. Accordingly,

IT IS HEREBY ORDERED that the United States Attorney for the Southern District of Mississippi shall, within thirty (30) days from the date of entry of this Order, respond to the defendant/petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody.

SO ORDERED, this the 11th day of October, 2018.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE